# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 2, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Mark Miller, et al.
v. Jane Nelson, Texas Secretary of State, et al.
Application No. 24A525
(Your No. 23-50537)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Alito, who on January 2, 2025, extended the time to and including February 7, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst



# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Oliver Barrett Hall
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130